# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT MANCINI | : | No. 585 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| CONCORDE GROUP, INC. AND | : | |
| HOWARD GORDON AND VALERIE | : | |
| BRADLEY | : | |
| | : | |
| | : | |
| PETITION OF:  CONCORDE GROUP, | : | |
| INC. AND HOWARD GORDON | : | |
| | | |
| ROBERT MANCINI | : | No. 617 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| CONCORDE GROUP AND HOWARD | : | |
| GORDON AND VALERIE BRADLEY | : | |
| | : | |
| | : | |
| PETITION OF:  VALERIE BRADLEY | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.